**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

MICHELLE R. SMITH, Ph.D.                                          PLAINTIFF

v.                                    NO. 4:23-cv-00359-JM

STATE BOARD OF HEALTH                                          DEFENDANTS
A Body Politic and Corporate and
ARKANSAS DEPARTMENT OR HEALTH,
A Body Politic and Corporate

**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court finds that

this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen

the action if it is satisfactorily shown that settlement has not been completed and further litigation

is necessary.

IT IS SO ORDERED this 31st day of January, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE